

# Fourth Court of Appeals
## San Antonio, Texas

January 6, 2020

No. 04-19-00539-CV

Cristina **PADILLA**,
Appellant

v.

**RED LOBSTER HOSPITALITY, LLC**,
Appellee

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-21243
Honorable Antonia Arteaga, Judge Presiding

## O R D E R

Appellant's second motion for an extension of time to file her brief is GRANTED. Appellant's brief is due on or before January 27, 2020. No further extensions will be granted absent extenuating circumstances.

Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of January, 2020.

MICHAEL A. CRUZ,
Clerk of Court